158 A.3d 1236

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Kenneth F. SODOMSKY, Petitioner**

**No. 319 MAL 2016**

Supreme Court of Pennsylvania.

October 5, 2016

754

## ORDER

PER CURIAM

**AND NOW**, this 5th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.